UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-00238 |
| | ) | |
| MICHAEL W. YOUNG | ) | CHIEF JUDGE HAYNES |

## GOVERNMENT'S MOTION TO RESET GUILTY PLEA DATE

Defendant has advised that he will resolve this case with a guilty plea to the charges, with no plea agreement. In the order setting a trial date of February 18, 2014, the Court designated February 3, 2014 as the date on which the Court would hear a guilty plea. Undersigned counsel was previously scheduled to undergo an incapacitating medical procedure on that date. Counsel for defendant has authorized the undersigned to convey that he is not opposed to resetting the date for a guilty plea. Based on the foregoing, the government requests that the date for the entry of defendant's guilty plea be reset.

Regarding a new date, counsel for both parties are available on February 14, 21, 24 and 27, 2014, and would request that the guilty plea be reset for one of those dates, if the Court's calendar will permit.

Respectfully submitted,

DAVID RIVERA
United States Attorney

**s/Hilliard H. Hester**
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

[Handwritten note on right side: ORDER. The motion is granted. The hearing is reset for February 14, 2014 at 1:30 pm. It is so ORDERED. 1-17-14]